ACCEPTED
12-15-00244-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/16/2015 6:14:38 PM
Pam Estes
CLERK

NO. 12—15-00244-CV

IN THE TWELFTH COURT OF APPEALS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/16/2015 6:14:38 PM
PAM ESTES
Clerk

LARRY LOTT D/B/A LARRY LOTT INTERIORS,

*Appellant,*

V.

CHALEY MCCAIN,

*Appellee.*

**FIRST MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

Amy D. Long
Texas Bar No. 24036984
100 E. Ferguson St., Suite 610
Tyler, Texas 75702
903-592-1641
888-407-7724 fax
amy@amydlong.com
Attorney for Appellant
Larry Lott d/b/a Larry Lott Interiors

FIRST MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF    1

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellant, Larry Lott d/b/a Larry Lott Interiors, files this First Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief is currently due on November 16, 2015.

Counsel for Appellant requests a 30-day extension of time to file its brief, making the brief due on December 16, 2015. This is the first request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

> Counsel for Appellant discovered on November 16, 2015 that the Clerk's record filed with the Court of Appeals is incomplete. Specifically, missing from the record is the Request for Jury Trial electronically filed by Defendant, Larry Lott d/b/a/ Larry Lott Interiors on March 11, 2015. Counsel for Appellant will need to request a supplemental record from the Clerk of the District Court.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief with correct citations to the record to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has attempted to confer with opposing counsel, and he was not available and did not immediately respond to an email inquiry whether he opposes or does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including December 16, 2015. Appellant prays for all other relief to which it may be entitled.

Respectfully submitted,

Amy D. Long
TBN. 24036984
100 E. Ferguson, Suite 610
Tyler, Texas 75702
903-592-1641
888-407-7724 fax
amy@amydlong.com
**Counsel for Appellant**

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer and correspond with Vance Metcalf, counsel for Appellee regarding this motion and that Appellee was not available to discuss the matter by phone or email.

_____
Amy D. Long
Counsel for Appellant

## CERTIFICATE OF SERVICE

I certify that on November 16, 2015, I e-served and mailed a copy of this motion to the following counsel by First Class U.S. Mail:

Vance L. Metcalf
Kent, Good & Anderson, PC
Woodgate I, Suite 200
1121 ESE Loop 323
Tyler, Texas 75701

    vmetcalf@tyler.net

_____
Amy D. Long
Counsel for Appellant